Majied LEWIS, Plaintiff-Appellant,

v.

CHESAPEAKE POLICE, K9 UNIT BOOMER, Defendant-Appellee.

No. 17-7328

United States Court of Appeals, Fourth Circuit.

Submitted: February 22, 2018

Decided: February 27, 2018

Majied Lewis, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Majied Lewis appeals the magistrate judge's order denying his motion to compel discovery. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Lewis' informal brief does not challenge the basis for the court's disposition, Lewis has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we grant leave to proceed in forma pauperis and affirm the magistrate judge's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*